170 A.3d 935

YOHANNA C. ROSAS, APPELLANT–PETITIONER, v. BOARD
OF REVIEW, RESPONDENT–RESPONDENT, AND KID
CLAN SERVICES, INC., RESPONDENT.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005557–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 936

MICHAEL ANGELINI, PETITIONER–PETITIONER, v. BOARD
OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT
SYSTEM, RESPONDENT–RESPONDENT.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002416–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.